1  Jamie L. Lucia (SBN 246163)
   jlucia@steptoe.com
2  Amanda C. Schwartz (SBN 307522)
   aschwartz@steptoe.com
3  **STEPTOE & JOHNSON LLP**
   1 Market Street
4  Spear Tower, Suite 3900
   San Francisco, CA 94105
5  Telephone: (415) 365-6700
   Facsimile: (415) 365-6678
6
   Michael Dockterman (pro hac vice to be filed)
7  mdockterman@steptoe.com
   **STEPTOE & JOHNSON LLP**
8  227 West Monroe Street, Suite 4700
   Chicago, IL 60606
9  Telephone: (312) 577-1300

10 Attorneys for Plaintiffs
   LEAGUE OF WOMEN VOTERS OF CUPERTINO-SUNNYVALE
11
   James M. Wagstaffe (95535)
12 Michael von Loewenfeldt (178665)
   mvl@wvbrlaw.com
13 **WAGSTAFFE, VON LOEWENFELDT,
   BUSCH & RADWICK LLP**
14 100 Pine Street, Suite 2250
   San Francisco, CA 94111
15 Telephone: (415) 357-8900; Fax: (415) 357-8910

16 Attorneys for Defendants
   CITY OF CUPERTINO, DARCY PAUL, DIANE
17 THOMPSON, KIRSTEN SQUARCIA, CHRIS
   JENSEN, LIANG CHAO, KITTY MOORE,
18 HUNG WEI, and JOHN WILLEY

19

20                UNITED STATES DISTRICT COURT
21                NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
22

| LEAGUE OF WOMEN VOTERS OF CUPERTINO-SUNNYVALE, | Case No. 22-cv-04189 |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST TO VACATE MAY 1, 2023 ORDER** |
| v. | |
| CITY OF CUPERTINO, et al. | |
| Defendants. | |

### STIPULATED DISMISSAL WITH PREJUDICE AND REQUEST TO VACATE MAY 1, 2023 ORDER

WHEREAS on May 1, 2023 the Court granted Defendants' motion to dismiss this action with leave to amend;

WHEREAS on July 18, 2023 the City of Cupertino adopted a new lobbying ordinance;

WHEREAS the parties have agreed that this action shall be dismissed with prejudice with each side to bear its own costs and fees; and

WHEREAS the parties request that the Court vacate its May 1, 2023 order given the new ordinance and this agreement to dismiss. See *Persistence Software, Inc. v. Object People, Inc.*, 200 F.R.D. 626, 627 (N.D. Cal. 2001). The stipulated dismissal is not conditioned on the Court granting this request.

THEREFORE,

1. The parties request that this Court vacate its interlocutory May 1, 2023 order; and

2. The parties stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice, with each side to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: July 28, 2023

STEPTOE & JOHNSON LLP

By: _____
Michael Dockterman (pro hac vice)
mdockterman@steptoe.com

Attorneys for Plaintiff
LEAGUE OF WOMEN VOTERS OF
CUPERTINO-SUNNYVALE

DATED: July 28, 2023            **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By _____
Michael von Loewenfeldt

Attorneys for Defendants
CITY OF CUPERTINO, DARCY PAUL, DIANE THOMPSON, KIRSTEN SQUARCIA, CHRIS JENSEN, LIANG CHAO, KITTY MOORE, HUNG WEI, and JOHN WILLEY

[~~PROPOSED~~] ORDER

Pursuant to Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT this Court's May 1, 2023 interlocutory order granting defendants' motion to dismiss with leave to amend is vacated.

IT IS FURTHER ORDERED THAT this action is dismissed with prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated: July 31, 2023

JEFFREY S. WHITE

United States District Judge